# EXHIBIT A

**<u>U.S. v. JEREMY TRAVIS PAYNE</u>**
**ED CR 22-00054-PA**

**NOTICE OF MOTION AND MOTION TO SUPPRESS EVIDENCE;**
**MEMORANDUM OF POINTS AND AUTHORITIES; EXHIBITS**

| FILE NUMBER | CONTINUATION PAGE | Page Number: |
| --- | --- | --- |
| GE213070002 | | |

1 **PERSONNEL PRESENT:**

2 <u>DEPUTY:</u>                        <u>BODYWORN CAMERA:</u>

3 TFO DiMaggio               Activated

4 TFO Henson                 Activated

5 TFO Garcia                 Activated

6 SGT Heredia                Activated

7 CHP Officer Gette          None issued

8

9 **EVIDENCE:**

10 Item 1          Gold Money counter          Barcode:2434929

11 Item 2          Digital scale               Barcode:2434933

12 Item 3          (6) Cellular phones         Barcode:2434935

13 Item 4          Cell phone w/green case     Barcode:2434938

14 Item 5          (2) bags of blue pills      Barcode:2434942

15 Item 6          Bag w/white powder          Barcode:2434946

16 Item 7          (3) bags of blue pills      Barcode:2434947

17 Item 8          Misc. blue pills            Barcode:2434949

18 Item 9          (3) bags w/blue pills       Barcode:2434950

19 Item 10         Money bag serial numbers    Barcode:2434951

20 Item 11         Disc w/BWC and photos       Barcode:2434952

21

22    **The above listed items were entered into the ELEETS computer system and placed inside a

23         secure evidence locker at the Palm Desert Sheriff's Station.**

24

25

26

27

28

 Riverside County Sheriff-Form C 442 Continuation Page (Revised 3-10-2017)

PAYNE - 00001

FILE NUMBER

**GE213070002**

**CONTINUATION PAGE**

Page Number: _____

## DETAILS:

On 11/03/2021, at approximately 1145 hours, I was working as a uniformed CHP officer assigned to the Coachella Valley Violent Crime Gang Task Force, with my partner Task Force Officer Garcia. We were patrolling west on Pierson Blvd., east of Cholla Dr., within the city limits of Desert Hot Springs, Riverside County. I observed a gold Nissan (CA license plate 6TKV060) ahead of our unit which had a distinctly dark tint on the front driver's side and front passengers side windows (violation 26708 VC). TFO Garcia activated his Code 3 emergency lights and the Nissan yielded to the right shoulder. I contacted the driver (identified by his CA driver license as Jeramey Travis Payne) through the front passenger's window and requested his license, registration, and insurance. Payne appeared extremely nervous and was trembling as he fumbled for the documents. Payne was also sweating profusely and stammering when he spoke. I asked Payne if he was on parole or probation. Payne informed me he was on CDC parole for assault with a deadly weapon. I confirmed Payne's parole status with Riverside Sheriff Dispatch and instructed him to exit the Nissan. I also instructed the Nissan's passenger, identified by her CA ID card as Elva Armenta, to remain seated on the curb during our interaction.

TFO Garcia placed Payne in handcuffs and detained him while TFO Henson (who arrived shortly after the stop) and I conducted a parole compliance check. Payne had $1,270 in US currency (mixed denominations) in his right-front shorts pocket. After searching the vehicle, I asked Payne if he had a cell phone (which was a search condition of his parole). Payne stated his phone was in the driver's door panel and was green in color. I retrieved the cell phone and asked Payne to provide the password. Payne immediately stated the phone was not his and he did not have the password. Payne then reluctantly unlocked the cell phone using his right thumb print. I looked at the owner information on the phone which showed Payne's full name.

I looked at the images and videos stored on the cell phone. The first video on the phone was taken on 11/03/2021 (the date of the traffic stop) at 0827 hours, which was very close to the time of the stop. The video showed what appeared to be a large amount of US currency, several bags of blue pills (suspected to be fentanyl), and a gold-colored money counting machine. The next video showed the view of EL Cortez Way and a gray brick wall around the front of a residence. In the video Payne can be heard stating, "life is good in Palm Desert" and "I got the Beamer (BMW) out front. Payne also referred to the room with the money, narcotics, and counting machine as his "office." I searched Payne's map application which revealed a pin drop to a parked vehicle at ████ El Cortez Way in Palm Desert. While searching Payne, TFO Garcia located a key ring with several house keys and the key to a BMW vehicle. I asked Payne where he lived and he related he stayed with his mother at ████ Dr. Carreon Blvd. ██, in Indio.

 Riverside County Sheriff-Form C 442 Continuation Page (Revised 3-10-2017)

| FILE NUMBER | | |
|---|---|---|
| **GE213070002** | **CONTINUATION PAGE** | Page Number: |

1   I parked the Nissan, and transported Payne and Armenta to ▮▮▮ El Cortez Way, Palm Desert
2   CA 92260.  I walked to unit B and placed the key from Payne's keyring in the door.  The key
3   unlocked the door to unit B.  TFO's Garcia, Henson, and I conducted a security sweep of the
4   residence and ensured no other persons were inside.  When entering the house, I observed several
5   bags of blue pills (suspected to be fentanyl) on a dresser as well as the gold money counting
6   machine seen in the video on Payne's cell phone.  I also observed a silver BMW parked out front
7   of the residence.  The BMW key on Payne's keyring unlocked the vehicle.  The BMW was also
8   registered to Payne.
9
10   At approximately 1300 hours, I authored a search warrant for ▮▮▮ El Cortez Way, Unit B, In
11   Palm Desert CA 92260.  At approximately 1524 hours, Honorable Judge R. White, of the Riverside
12   Superior Court signed the search warrant.  Prior to conducting our search, CHP Officer J. Gette,
13   walked his K-9 through the residence.  The K-9 showed several distinct changes in behavior while
14   in Payne's room, at each dresser, as well as the closet.  I searched the front room of the residence
15   and located several documents with Payne's name on them, including mail, DMV paperwork, and
16   casino players club cards.  The room was identical to the room shown in the videos on Payne's
17   cell phone.
18
19   I searched the room and located several blue pills marked M/30, strewn about the bed and floor
20   (totaling a weight of 3.8 grams).  On a dresser near the foot of the bed, I collected (3) plastic bags
21   containing blue pills marked M/30 (with a total weight of 53.5 grams).  The pills were placed near
22   a functioning digital scale, and gold-colored money counting machine.  I the left drawer under the
23   money counting machine, I located a bag containing a white powdery substance (suspected to be
24   fentanyl) with a weight of 18.3 grams.   In the same drawer, I also located (3) plastic bags
25   containing blue pills marked M/30 weighing 22.8 grams total.  In the right drawer under the money
26   counter, I located (2) plastic bags containing blue pills marked M/30 with a total weight of 5.9
27   grams.
28
29   I continued the search and located a total of (6) cellular phones (common among persons selling
30   narcotics) inside various dresser drawers.  Inside the dresser drawers located in the closet, a total
31   of $2,061 in US currency was located.  The money consisted of small denominations (mostly $10
32   dollar bills and under) which is common among person selling narcotics.  Under a blue rug at the
33   foot of the bed, I located $5,460 in US currency, TFO Garcia also located an additional $5,201 in
34   US currency wrapped in a towel near the back door of Payne's room.
35
36
37
38

 Riverside County Sheriff-Form C 442 Continuation Page (Revised 3-10-2017)

| FILE NUMBER | **CONTINUATION PAGE** | Page Number: |
|---|---|---|
| GE213070002 | | |

1  All currency was counted by Deputy J. Garcia and supervised by Sergeant Heredia.  The currency
2  was placed in serialized union bank currency bags and sealed prior to being transported.  The
3  currency totaled $13,992.  All currency was transported to the Palm Desert Sheriff Station by
4  Deputy J. Garcia.  The following serial numbers were assigned to the US currency:
5
6  **TV5217395**-$2,061 located in dresser drawers
7  **TV5217384**-$1,270 located on Payne's person
8  **TV5217393**-$5,460 located under the blue rug
9  **TV5217392**-$5,201 wrapped in towel
10
11  After completing the search of Payne's residence, I released Armenta from custody and spoke with
12  her.  After speaking with Armenta, she was released, and TFO Garcia and I transported Payne to
13  the Palm Desert Sheriff Station.  At the station, I interviewed Payne regarding the incident.  At the
14  conclusion of the interview, I transported Payne to the John Benoit Detention center.   At
15  approximately 2000 hours, Payne was booked for 3056 PC (violating the terms of his parole).
16
17  **STATEMENTS:**
18  **Jeramey Payne**
19  At approximately 1730 hours, I read Payne his Miranda Rights directly from a Miranda card
20  provided by the California Highway Patrol.  Payne acknowledged his rights by stating "yes"
21  after I read each one to him.  I asked Payne if he would tell me about the residence and what was
22  inside.  Payne related he knew everything he said could be used against him and he did not want
23  to speak about the house or its contents.  However, Payne did state he was a former drug addict
24  but had not used in nearly a year.  I concluded this interview shortly after.
25
26  **Elva Armenta**
27  On 11/03/2021, at approximately 1700 hours, I spoke with Armenta regarding Payne.  Armenta
28  related she had been dating Payne for approximately one month.  Armenta stated she had never
29  seen the Payne's house on El Cortez Way, nor did she know it existed.  She had only spent time
30  with Payne at her residence and at Payne's mother's apartment in Indio.  Armenta also stated
31  Payne did not have a job and often sold cannabis to make money.  I asked Armenta if Payne sold
32  any other narcotics and she stated he told her it was only marijuana.
33

Riverside County Sheriff-Form C 442 Continuation Page (Revised 3-10-2017)

| FILE NUMBER | CONTINUATION PAGE | Page Number: |
| --- | --- | --- |
| GE213070002 | | |

1    **ANALYSIS AND OPINIONS:**

2    11351 H&S (possession of narcotics for sales)- Based on Payne's nervous behavior during what

3    would have been a routine traffic stop, his cell phone videos of what he referred to as his "office"

4    and the amount of currency located at Payne's residence, I believe Payne was selling narcotics.

5    Payne possessed nearly $14,000 in US currency, in small denominations which is consistent with

6    sales of narcotics.  Payne also possessed an extremely large quantity of Fentanyl pills (estimated

7    to be in excess of 800).  These pills generally sell for $15-$30 per pill on the street or $2-$10 at a

8    wholesale price.  Payne living at a residence other than the address listed with the CDC parole

9    office is also consistent with an individual attempting to mask criminal activity.  Armenta's

10    description of Payne selling marijuana and not having a job, further shows he makes money

11    through unlawful sales of narcotics.

12

13    **RECOMMENDATIONS:**

14    I recommend a copy of this report be forwarded to the Riverside County District Attorney's

15    Office for review and Jeramey Travis Payne be charged with the following violations:

16    • 11351 H&S- Possession of Fentanyl for sales

17    • 3056 PC- Violation of parole terms

18

19    **CASE STATUS:**

20    EXC

 Riverside County Sheriff-Form C 442 Continuation Page (Revised 3-10-2017)

# EXHIBIT B

**U.S. v. JEREMY TRAVIS PAYNE**
**ED CR 22-00054-PA**

**NOTICE OF MOTION AND MOTION TO SUPPRESS EVIDENCE;**
**MEMORANDUM OF POINTS AND AUTHORITIES; EXHIBITS**

## DECLARATION OF JEREMY TRAVIS PAYNE

I, Jeremy Travis Payne, hereby state and declare as follows:

1. On November 3, 2021, I was stopped by the California Highway Patrol while driving a gold Nissan.
2. I told the officers I was on parole.  They handcuffed me and placed me in a patrol vehicle.
3. One of the officers asked for my phone and I told them it was in the car. I did not want to give them my password.
4. One of the officers grabbed my thumb and unlocked the phone.
5. I did not give the officers permission to search my phone.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Date: 4/22/22

Jeremy Payne

Jeremy Travis Payne

16

# EXHIBIT C

## (MANUALLY FILED)

### U.S. v. JEREMY TRAVIS PAYNE

**ED CR 22-00054-PA**

**NOTICE OF MOTION AND MOTION TO SUPPRESS EVIDENCE; MEMORANDUM OF POINTS AND AUTHORITIES; EXHIBITS**



Office of the
Federal Public Defender

**USA v. JEREMY TRAVIS PAYNE**
**ED CR 22-00054-PA**

**EXHIBIT C**
**MOTION TO SUPPRESS EVIDENCE**

# EXHIBIT D

### U.S. v. JEREMY TRAVIS PAYNE
**ED CR 22-00054-PA**

**NOTICE OF MOTION AND MOTION TO SUPPRESS EVIDENCE;
MEMORANDUM OF POINTS AND AUTHORITIES; EXHIBITS**

   

**CALIFORNIA DEPARTMENT of Corrections and Rehabilitation**

## NOTICE AND CONDITIONS OF PAROLE

**YOU ARE BEING RELEASED TO PAROLE SUPERVISION, EFFECTIVE: 06/30/2020 , FOR A MAXIMUM PERIOD OF: 3 Years**
**YOU ARE SUBJECT TO THE FOLLOWING TERMS AND CONDITIONS OF RELEASE FROM PRISON:**

If you violate any of the conditions of your parole or violate any law, you may be subject to arrest and/or incarceration in a county jail or returned to state prison, pursuant to Penal Code (PC) Section 3000.1, or PC Section 3000, subdivision (b), paragraph (4), regardless of whether new charges are filed.

You shall waive extradition to the State of California from any state or territory of the United States, or the District of Columbia. You shall not contest any effort to return you to the State of California.

You, your residence, and any property under your control are subject to search or seizure by a probation officer, an agent or officer of the California Department of Corrections and Rehabilitation, or any other peace officer, at any time of the day or night, with or without a search warrant, with or without cause.

If another jurisdiction has lodged a detainer against you, you may be released to the custody of that jurisdiction. Should you be released from their custody prior to the expiration of your California parole, or should the detainer not be exercised, you are to immediately contact the nearest office of the Department of Corrections and Rehabilitation, Division of Adult Parole Operations, for instructions on reporting to a parole agent.

The procedure for obtaining a Certificate of Rehabilitation is documented in PC Sections 4852.01-4852.21.

### CONDITIONS OF PAROLE

1. **SPECIAL CONDITIONS:** Special conditions of parole may be mandated by law or may be imposed at the discretion of your agent. Special conditions of parole that forbid conduct which is not itself criminal, must reasonably relate to a crime for which you were convicted, or must be reasonably related to deterring future criminality. **You are subject to the following special conditions of parole:**
   SEE SPECIAL CONDITIONS OF PAROLE

| I ACKNOWLEDGE MY SPECIAL CONDITIONS OF PAROLE: | SIGNATURE OF UNIT SUPERVISOR | DATE SIGNED |
|---|---|---|
| Inmate/Parolee Initials: | F. Gonzalez | 09/23/2020 |

2. **RELEASE, REPORTING, RESIDENCE AND TRAVEL:** Unless other arrangements are approved in writing, you shall report to your parole agent on the first working day following your release. The name, address, and telephone number of the parole agent responsible for your parole supervision shall be documented on the CDCR Form 611 (Rev. 08/12), Release Program Study, which is incorporated by reference as part of this Notice. Your shall inform your supervising parole agent of your residence, employment, education, and/or training. Any change or anticipated change to your residence shall be reported to your parole agent in advance. You shall inform your parole agent within 72 hours of any change to your employment location, employer, or termination of employment.

3. **PAROLE AGENT INSTRUCTIONS AND TRAVEL:** You shall comply with all of the instructions from your parole agent. You shall not travel more than 50 miles from your residence without the prior approval of your parole agent. You shall not be absent from your county of residence for a period of more than 48 hours. You shall not leave the State of California without prior written approval of your parole agent.

4. **CRIMINAL CONDUCT:** You shall not engage in conduct prohibited by law (state, federal, county, or municipal). You shall immediately inform your parole agent if you are arrested for any felony or misdemeanor crime. Be advised, your conduct, if prohibited by law, may result in parole revocation with or without a criminal conviction.

5. **WEAPONS:** You shall not own, use, have access to, or have under your control: (a) any type of firearm, instrument, or device which a reasonable person would believe to be capable of being used as a firearm, or any ammunition which could be used in a firearm; (b) any weapon as defined in state or federal statutes, or any instrument or device which a reasonable person would believe to be capable of being used as a weapon; (c) any knife with a blade longer than two inches, except kitchen knives which must be kept only in the kitchen of your residence, and knives related to your employment, which may be used and carried only in connection with your employment; or (d) a crossbow of any kind.

6. **THIS DOCUMENT SERVES AS YOUR NOTICE AND CONDITIONS OF PAROLE.** You have the right to appeal the special conditions of your parole. Special conditions imposed by the Division of Adult Parole Operations may be appealed pursuant to California Code of Regulations (CCR), Title 15, Sections 3084 - 3085.

**I have read or have had read to me and understand the conditions of parole as they apply to me.**

| CDC NUMBER | INMATE/PAROLEE NAME | INMATE/PAROLEE SIGNATURE | DATE SIGNED |
|---|---|---|---|
| BL9271 | PAYNE, JERAMEY T. | *[signature]* | *[date]* |

**THIS SECTION TO BE COMPLETED BY CDCR STAFF ONLY**

Does the inmate/parolee have a qualifying disability requiring effective communication? ☐ Yes ☑ No
If yes, cite the source document and/or observations:

What type of accommodation/assistance was provided to achieve effective communication to the best of the inmate's/parolee's ability?

| STAFF NAME (Print or Type) | STAFF SIGNATURE | DATE SIGNED |
|---|---|---|
| LOPEZ D | *[signature]* | 9/23/20 |

CDCR SOMS PPST120 - Notice and Conditions of Parole

---

CDCR SOMS PPST120 - CDC NUMBER: BL9271 NAME: PAYNE, JERAMEY T.                    Page 1 of 1

PAYNE - 00026

 

**CALIFORNIA DEPARTMENT *of*
Corrections and Rehabilitation**

## SPECIAL CONDITIONS OF PAROLE

**PAROLEE NAME:** PAYNE, JERAMEY T.          **CDC NUMBER:** BL9271          **DATE:** 09/23/2020

You shall comply with all of the following special conditions while you are on parole. Any exceptions must be approved in writing by the Unit Supervisor.

**COURT IMPOSED**                                                                                    **REASON**

| | | |
|---|---|---|
| ☑ | 001. You shall abide by any court-imposed Special Conditions of Parole. | 14 |

**SUBSTANCE ABUSE**

| | | |
|---|---|---|
| ☑ | 002. You shall submit to anti-narcotic testing when instructed to do so by a parole agent. | 01 |
| ☑ | 004. You shall not use, possess, or distribute any narcotic or other controlled substance as defined by law or any paraphernalia related to such substances, without a valid prescription. | 01 |

**TREATMENT**

| | | |
|---|---|---|
| ☑ | 005. You shall enroll in and successfully complete a substance abuse treatment program as directed by your parole agent or appropriate parole authority. | 01 |

**VICTIM(S)**

| | | |
|---|---|---|
| ☑ | 014. You shall not contact or attempt to contact your crime victim(s) NO NEGATIVE CONTACT WITH RIVERSIDE SHERIFF or their immediate family(ies). "No contact" means no contact in any form, whether direct or indirect, personally, by telephone, in writing, electronic media, computer, or through another person, etc. and includes unnecessarily traveling past, or loitering near where you know or should reasonably know your victim(s) frequents, resides, is employed, or attends classes. | 03 |
| ☑ | 015. You shall not threaten, stalk, abuse, harass, or commit further violent acts against the victim(s). | 03 |
| ☑ | 016. You shall not possess any of your victim(s) NO NEGATIVE CONTACT WITH RIVERSIDE SHERIFF personal effects (e.g., pictures, letters, etc.). You shall not possess or view certain materials related to or part of your identified behaviors that lead to your criminal history for your crime (e.g., stories, images related to your crime or similar crimes, images which depict individuals similar to your victim [s]). | 03 |

**ASSOCIATION**

| | | |
|---|---|---|
| ☑ | 018. You shall not have contact with a person you know or reasonably should know is a co-defendant or other arrestees of your offense(s). "No contact" means no contact in any form, whether direct or indirect, personally, by telephone, in writing, electronic media, computer through another person, etc. and includes unnecessarily traveling past or loitering near where you know or reasonably should know your co-defendant(s) or other arrestee(s) frequents, resides, is employed, etc. | 03 |

**EMPLOYMENT**

| | | |
|---|---|---|
| ☑ | 023. All Employment (including but not limited to volunteer, paid employment, community service, internship, paid trade school, etc.) shall be pre-approved by your parole agent. | 08 |

PAYNE - 00027

**COURT-ORDERED OR CDCR-MANDATED PROGRAMS**

| | | |
|---|---|---|
| ☑ | 044. You shall enroll in and successfully complete an Anger Management Program. Enrollment shall occur within 30 days from the date of release or 30 days from the signature of these conditions. | 03 |

**OTHER**

| | | |
|---|---|---|
| ☑ | 062. You shall contact your parole agent within 24 hours of any type of law enforcement contact, (e.g., traffic stop, identification check, suspect, witness, etc.) | 08 |
| ☑ | 064. You shall surrender any digital/electronic device and provide a pass key/code to unlock the device to any law enforcement officer for inspection other than what is visible on the display screen. This includes any digital/electronic device in your vicinity.  Failure to comply can result in your arrest pending further investigation and/or confiscation of any device pending investigation. | 08 |
| ☑ | 065. You shall/shall not: If you are or become homeless/transient, you will report to the Palm Springs Parole Office located at 79687 Country Club Dr. Bermuda Dunes CA 92203 no later than 10AM every Monday.  Failure to report or failure to report on time can result in your arrest or a warrant being issued for your arrest. | 08 |

CDCR SOMS PPST121 - CDC NUMBER: BL9271 NAME: PAYNE, JERAMEY T.                    Page 2 of 3

PAYNE - 00028

## REASONS FOR SPECIAL CONDITIONS OF PAROLE

Special conditions can be imposed if there is a nexus or the conditions reasonably related to the subject's commitment offense, criminal conduct, and/or future criminality. A special condition that bars lawful activity is valid only if the prohibited conduct either:

    1. Has a relationship to the crime of which the offender was convicted.

    2. Is reasonably related to deter future criminality.

Conditions may regulate conduct that is not in itself criminal, but rather reasonably related to future criminality by regulating or prohibiting non-criminal conduct.

| REASON CODES | DESCRIPTION |
|---|---|
| 01 | 01. Offender has a history, supported by an arrest, conviction, documented admission, or pattern of illegal or illicit drug use. |
| 03 | 03. Based on factors and circumstances directly related to the offender's commitment offense(s), the imposition of this condition will assist in the goal of preventing the offender from committing subsequent criminal offenses under federal, state, or local laws. These may include case factors such as the case number and a brief description of the criminal activity (i.e. use of force or a weapon, age of the victim, etc.). For example: Case No. BAF1801459-PAROLEE ASSAULTED A RIVERSIDE SHERIFF WHILE IN SHERIFF CUSTODY. |
| 08 | 08. Based on behavior displayed by offenders convicted of similar crimes, or displaying similar criminal behavior, imposition of this condition may regulate conduct that is not in itself criminal, but rather reasonably related to future criminality. |
| 14 | 14. BPH, DAPO, or court-imposed special condition(s): BAF1801459-PAROLEE ASSAULTED A RIVERSIDE SHERIFF WHILE IN SHERIFF CUSTODY. |

| PAROLEE'S NAME (LAST, FIRST, M.I.) | PAROLEE'S SIGNATURE | CDC NUMBER | DATE SIGNED |
|---|---|---|---|
| PAYNE, JERAMEY T. | *Jeramey-PAYNE* | BL9271 | 9/23/20 |

| PAROLE AGENT'S NAME | PAROLE AGENT'S SIGNATURE | BADGE NO. | DATE SIGNED |
|---|---|---|---|
| Lopez D | *[signature]* | 6074 | 9/23/20 |

| UNIT SUPERVISOR'S NAME | UNIT SUPERVISOR'S SIGNATURE | BADGE NO. | DATE SIGNED |
|---|---|---|---|
| F. Gonzalez | F. Gonzalez | 5722 | 09/23/2020 |

CDCR SOMS PPST121 - Special Conditions of Parole

PAYNE - 00029

# EXHIBIT E

**U.S. v. JEREMY TRAVIS PAYNE**
**ED CR 22-00054-PA**

**NOTICE OF MOTION AND MOTION TO SUPPRESS EVIDENCE;**
**MEMORANDUM OF POINTS AND AUTHORITIES; EXHIBITS**

## SEARCH WARRANT AND AFFIDAVIT



# State of California – County of Riverside
## (Affidavit)



*Officer Christian Coddington swears under oath that the facts expressed by him in this Search Warrant and Affidavit, in the attached and incorporated statement of probable cause are true and that based thereon he has probable cause to believe and does believe that the property and/or person described below is lawfully seizable pursuant to Penal Code Section 1524, as indicated below, and is now located at the locations set forth below.  Wherefore, affiant requests that this Search Warrant be issued.*

| | | |
|---|---|---|
| **NIGHT SEARCH REQUESTED:** | ☐YES | ☒NO |
| **HOBBS SEALING REQUESTED:** | ☐YES | ☒NO |
| **SEALING REQUESTED – EVIDENCE CODE 1040-1042:** | ☐YES | ☒NO |
| **ELECTRONIC MONITORING:** | ☐YES | ☒NO |
| **30 DAY EXTENSION (TRACKER ONLY):** | ☐YES | ☒NO |

**AFFIANT'S SIGNATURE:** *Christian Coddington*
AFTER SWORN

11/03/2021
DATE

# (Search Warrant)

***THE PEOPLE OF THE STATE OF CALIFORNIA TO ANY SHERIFF, POLICE OFFICER, OR PEACE OFFICER IN THE COUNTY OF RIVERSIDE:*** *proof having been made, before me, by Officer Coddington that there is probable cause to believe that at the property and/or person described herein may be found at the locations set forth herein and is lawfully seizable pursuant to Penal Code Section 1524 as indicated below by "X" (s) in that:*

☐it was stolen or embezzled,
☒it was used as the means of committing a felony,
☐it was possessed by a person with the intent to use it as means of committing a public offense or is possessed
by another whom he or she may have delivered it for the purpose of concealing it or preventing its discovery,
☒it tends to show that a felony has been committed or that a particular person has committed a felony,
☐it tends to show that a sexual exploitation of a child in violation of Section 311.3, or depiction of sexual conduct
of a person under the age of 18 years, in violation of Section 311.11, has occurred or is occurring,
☐there is a warrant for the person's arrest.

**YOU ARE THEREFORE COMMANDED TO SEARCH:** (premises, vehicles, persons)

See ATTACHMENT "B" for locations and persons.

**FOR THE FOLLOWING PROPERTY/PERSON:**

See ATTACHMENT "C"

Riverside County Sheriff-Form 470 (Revised 04/27/2020)

PAYNE - 00006

## SEARCH WARRANT AND AFFIDAVIT

**AND TO SEIZE IT IF FOUND** and bring it forthwith before me, or this court, at the courthouse of this court.  This Search Warrant and incorporated Affidavit was sworn to as true and subscribed before me this _3rd_ **day of** _November_____ , **2021,** _3:24_____ ☐**A.M.** ☑**P.M.**
Wherefore, I find probable cause for the issuance of this Search Warrant and do issue it.

| | | |
|---|---|---|
| **NIGHT SEARCH APPROVED:** | ☐YES | ☑NO |
| **HOBBS SEALING APPROVED:** | ☐YES | ☐NO |
| **SEALING APPROVED – EVIDENCE CODE 1040-1042:** | ☐YES | ☐NO |
| **ELECTRONIC MONITORING:** | ☐YES | ☑NO |
| **30 DAY EXTENSION (TRACKER ONLY):** | ☐YES | ☑NO |

_____          _____
_(Signature of Magistrate)_                            RANDALL WHITE
                                                                   _(Printed Name of Magistrate)_
HONORABLE
Judge of the Riverside County Superior Court
Riverside County, State of California

Search warrant Executed by: _____

Date of service: _____          Time of service: _____

Riverside County Sheriff-Form 470 (Revised 04/27/2020)

## SEARCH WARRANT AND AFFIDAVIT

### ATTACHMENT A
### Affiant's Declaration

Your Affiant is: *Officer Christian Coddington*

**TRAINING & EXPERIENCE**:

Occupation:  California Highway Patrol Officer          No. of years:  4 years 7 months

Assignment:  Coachella Valley Violent Crime Gang Task Force

Department employed by: California Highway Patrol

Your affiant's background consists of the following:

Your affiant has been employed by the California Highway Patrol since March 3rd, 2017. Since his date of hire with the California Highway Patrol your affiant has been assigned to the Indio Area CHP Office, and your affiant is currently assigned to the Coachella Valley Violent Crime Gang Task Force.

In 2017 your affiant received a basic peace officer's training certificate, having completed approximately 1600 hours of basic peace officers' training at the California Highway Patrol Academy, Sacramento CA. Your affiant's training included numerous hours of drug, burglary, firearms, and theft related investigations during the academy. Your affiant has been exposed to continual training throughout his career including a 40-hour Auto Theft Investigator course and a Riverside County District Attorney's Advanced Firearms Identification course.  Your affiant has also attended a 40-hour gang conference hosted by the California Gang Investigators Association (CGIA).

During your affiant's time on patrol and C.V. Gang Task Force, your affiant has investigated, arrested, or assisted in arresting numerous people for theft, auto theft, fraud, embezzlement, credit card fraud, all types of drug related investigations, firearms related investigations, and numerous forms of assault to include the use of deadly weapons. Your affiant has assisted the C.V. Gang Task Force with numerous search warrants and complex investigations.  Your affiant has spoken to admitted thieves, drug addicts, self-admitted gang members, and gang associates. Your affiant is aware of several of the current trends used by criminals committing these types of crimes in the Riverside County area.

People committing crimes tend to maintain items of clothing worn during the commission of said crimes and do so for indefinite amounts of time. Gang members often use firearms to commit crimes and it is common for them to pass the gun around amongst other gang members. These are known as, "gang guns."

Persons involved in Homicides, Robberies, Burglaries, and theft related crimes are often drug users, particularly users of methamphetamine and heroin and/or are current gang members.

Riverside County Sheriff-Form 470 (Revised 04/27/2020)

## SEARCH WARRANT AND AFFIDAVIT

This is because obtaining stolen items are an easy way that the obtained goods can be sold or bartered for drug money or obtain the money needed to further their gang. Your Affiant knows that in searching the premises for evidence of the crime, we are likely to encounter narcotics or drug paraphernalia that provides motive evidence for the robbery, burglary, or other related crimes.

Based upon your Affiant's training, experience, and conversations that your Affiant had with other Law Enforcement Officers and/or reports that your Affiant has read, your Affiant knows that Peace Officer(s) or assigned representative(s) should videotape, photograph and/or digital image the location during the execution of this Search Warrant. Photographing of the location, vehicles and persons present at the scene is often helpful in the showing possession of the premises and evidence. It is also good to show the condition of the location as the Search Warrant is served and to show the condition of the location after the Search Warrant has been served.



Riverside County Sheriff-Form 470 (Revised 04/27/2020)

## SEARCH WARRANT AND AFFIDAVIT

**PROBABLE CAUSE:**

On 11/03/2021, at approximately 1145 hours, I was working as a uniformed CHP officer assigned to the Coachella Valley Violent Crime Gang Task Force, with my partner Task Force Officer Garcia. We were patrolling west on Pierson Blvd., east of Cholla Dr., within the city limits of Desert Hot Springs, Riverside County. I observed a gold Nissan (CA license plate 6TKV060) ahead of our unit which had a distinctly dark tint on the front driver's side and front passengers side windows (violation 26708 VC). TFO Garcia activated his Code 3 emergency lights and the Nissan yielded to the right shoulder. I contacted the driver (identified by his CA driver license as Jeramy Travis Payne) through the front passenger's window and requested his license, registration, and insurance. Payne appeared extremely nervous and was trembling as he fumbled for the documents. Payne was also sweating profusely and stammering when he spoke. I asked Payne if he was on parole or probation. Payne informed me he was on CDC parole for assault with a deadly weapon.

TFO Garcia placed Payne in handcuffs and detained him while myself and TFO Henson (who arrived shortly after the stop) conducted a parole compliance check. After searching the vehicle, I asked Payne if he had a cell phone (which was a search condition of his parole). Payne stated his phone was in the driver's door panel and was green in color. I retrieved the cell phone and asked Payne to provide the password. Payne immediately stated the phone was not his and he did not have the password. Payne then reluctantly unlocked the cell phone using his right thumb print. I looked at the owner information on the phone which showed Payne's full name.

I looked at the images and videos stored on the cell phone. The first video on the phone was taken on 11/03/2021 (todays date) at 0827 hours, which was very close to the time of the stop. The video showed what appeared to be an extremely large amount of US currency, several bags of blue pills (suspected to be fentanyl), and a gold colored money counting machine. The next video showed the view of EL Cortez Way and a gray brick wall around the front of a residence. In the video Payne can be heard stating, "life is good in Palm Desert" and "I got the Beamer (BMW) out front. I searched Payne's map application which revealed a pin drop to a parked vehicle at ███ El Cortez Way in Palm Desert. While searching Payne, TFO Garcia located a key ring with several house keys and the key to a BMW vehicle.

I parked the Nissan, and transported Payne to ███ El Cortez Way, Palm Desert CA 92260. I walked to unit B and placed the key from Payne's keyring in the door. The key unlocked the door to unit B. TFO's Garcia, Henson, and I conducted a security sweep of the residence and ensured no other persons were inside. When entering the house, I observed several bags of blue pills (suspected to be fentanyl) on a dresser as well as the gold money counting machine seen in the video on Payne's cell phone. I also observed a silver BMW parked out front of the residence. The BMW key on Payne's keyring unlocked the vehicle. The BMW was also registered to Payne.

## SEARCH WARRANT AND AFFIDAVIT

**CONCLUSION:**

Based on Payne's cell phone videos, his map application, Payne's possession of keys which open the doors, and his BMW being parked outside ████ El Cortez Way, Unit B, Palm Desert CA 92260, I believe Payne resides at this address.  Based on my observations of the large sum of US currency (from the cell phone video), blue pills, and money counting machine inside ████ El Cortez Way, Unit B, Palm Desert CA 92260, I believe Payne is utilizing the residence to sell and conceal narcotics, as well as conceal large sums of US currency.

Riverside County Sheriff-Form 470 (Revised 04/27/2020)

## SEARCH WARRANT AND AFFIDAVIT

## ATTACHMENT B

### You are Therefore COMMANDED to SEARCH:

THE PREMISES at, █████ El Cortez Way, Unit B, Palm Desert CA 92260 further described as:

A residential home located on the north side of El Cortez Way, and is the fourth house east of Portola Ave.  The house consists of two units, unit A and unit B.  The house is white in color and the walls consist of a stucco-type material.  The door leading to unit B is brown in color and faces a westerly direction.  There is a second entrance which consists of two brown doors, facing El Cortez Way.  The numbers "█████" can be seen near the front door to unit B.  There is a short brick wall surrounding the front of the property which is gray in color.

### AND

THE PERSON known as Jeramy Travis Payne, DOB ████/1993, described as a light skin white or Hispanic male, 5' 11" tall, and weighing approximately 200 lbs.

### AND

THE VEHICLE described as a silver BMW 325ci, with a black convertible top, CA license plate 7GQW167, with a DMV release of liability to the above named subject, parked in front of █████ El Cortez Way.

Riverside County Sheriff-Form 470 (Revised 04/27/2020)

## SEARCH WARRANT AND AFFIDAVIT

### ATTACHMENT C

For the FOLLOWING PROPERTY or PERSON(s): *(to be Seized)*

1. **Computer(s) – Seizure** - All electronic data processing and storage devices, computers and computer systems, tablets, internal and external hard drives, or encryption keys. Law Enforcement may call in the use of an expert to assist in the retrieval of the items.

2. **Dominion & Control** - Any items tending to establish the identity of persons who have dominion and control of the location, premises, automobiles, or items to be seized, including delivered mail, whether inside the location or in the mail box/s, bills, utility bills, telephone bills, miscellaneous addressed mail, personal letters, personal identification, purchase receipts, rent receipts, sales receipts, tax statements, payroll check stubs, keys and receipts for safe deposit box(s), keys and receipts for rental storage space, keys and receipts for post office box or mail drop rentals, ignition keys, car door and trunk keys, vehicle ownership certificates or "pink slips," and/or vehicle registration slips, and photographs tending to show occupation of the residence and connection between co-conspirators, whether identified, or unidentified.  Any examples of handwriting including letters, address books, business records, canceled checks, notes, and/or lists.

3. **Videotape, Photograph, Digital Image During Search Warrant Service** -Peace Officers or assigned representatives are authorized, during the execution of this Search Warrant, to video tape, photograph and/or take digital images, at the discretion of the Searching Officers, inside and outside of the location, any and all items and/or vehicles at the location, in addition, can identify and photograph and/or digital image all persons present at the Search Warrant location during the period of execution of this Search Warrant.

4. Any written names or monikers on walls, furniture, miscellaneous items or papers, both within and on their residences, and/or within and on their vehicles; any paintings, drawing, film (developed and undeveloped), photographs and/or photograph albums depicting persons, vehicles, weapons, and or locations.

5. Any photographs, and photograph albums in which are depicted: Fellow gang members who are posing and giving gang hand signs, which indicate gang identity or affiliation. Gang members or associates posing with weapons, particularly firearms, which are often used for criminal activities. Gang members or associates posing beside vehicles, which are occasionally used during the commission of crimes. Gang members or associates posing at locations, which are known to be specific gang hangouts; any newspaper clippings tending to relate details or reference to any crime or crimes of violence.

6. Any scrapbooks of newspaper articles, which describe crimes committed by and/or against their gang; any address books, list of, or single references to, addresses or telephone numbers of persons who may

Riverside County Sheriff-Form 470 (Revised 04/27/2020)

## SEARCH WARRANT AND AFFIDAVIT

later be determined to belong to or be affiliated with any street gang(s). Any letters and/or documents, whether in actual written form or stored in an electronic (computerized) manner, which would appear to make reference to membership and/or activities of any criminal street gang. Any current phone numbers or addresses of fellow gang members with whom they associate.  Any information about gang membership, gang rosters, members and/or graffiti regarding the writer's gang.

7.  Any Cell Phone(s) known to be in possession or possessed by the suspect or under the control of the suspect.

8.  Said search to include:  All safes, locked cabinets, and boxes, all out buildings, vehicles on premises, attached or detached garages, and garbage bins.

9.  I am seeking to search for any and all narcotics.

10. US or foreign currency.

11. Money counting devices.

12. Any materials used for packaging, distributing, transporting, or concealing narcotics.

13. Any firearms, ammunition, firearms components, or firearms accessories.



Riverside County Sheriff-Form 470 (Revised 04/27/2020)

# EXHIBIT F

**U.S. v. JEREMY TRAVIS PAYNE**
**ED CR 22-00054-PA**

**NOTICE OF MOTION AND MOTION TO SUPPRESS EVIDENCE;**
**MEMORANDUM OF POINTS AND AUTHORITIES; EXHIBITS**



**APPLICATION FOR TRANSFER BY NEW OWNER**   (Please print or type.)

Any change of registered owner or lienholder must be recorded with the Department of Motor Vehicles (DMV) within ten (10) days. The title, transfer fee and in most instances, use tax and a smog certificate must be presented to DMV to record the ownership change.

3a. TRUE FULL NAME(S) OF NEW REGISTERED OWNER(S) (LAST, FIRST, MIDDLE) AS IT APPEARS ON DRIVER'S LICENSE OR I.D. CARD

**NEW REGISTERED OWNER**

Payne Jeramey Travis

3b. ☐ AND
    ☐ OR    (LAST, FIRST, MIDDLE)

4. RESIDENCE OR BUSINESS STREET ADDRESS    APT./SP./STE. NUMBER
▓▓▓▓▓▓ Dr Carreon Blvd #21 D1

5. CITY    STATE    ZIP CODE
INDIO    CA    92201

6. COUNTY OF RESIDENCE OR COUNTY WHERE VEHICLE IS PRIMARILY GARAGED-OR-FOR TRAILER COACHES, ADDRESS OR LOCATION WHERE KEPT
Riverside

7. MAILING ADDRESS STREET OR P.O. BOX NUMBER (DO NOT COMPLETE IF SAME AS RESIDENCE ABOVE)

8. CITY    STATE    ZIP CODE

If there is a mailing address entered on this form it is a valid, existing and accurate address. I consent to receive service of process at this mailing address pursuant to Code of Civil Procedure Sections 415.20(b), 415.30(a) and 416.90.
**I declare under penalty of perjury under the laws of the State of California that the information entered on this application is true and correct.**

9a. DATE    SIGNATURE OF NEW REGISTERED OWNER    DRIVER LICENSE OR ID CARD NO.    PURCHASE DATE
X Signature Payne    F2163395A    4/14/21

9b. DATE    SIGNATURE OF NEW REGISTERED OWNER    DRIVER LICENSE OR ID CARD NO.    PURCHASE PRICE    USE TAX/CO STATE
X    9114 50.—

**LEASED VEH. ONLY**

10. ADDRESS OF NEW LESSEE IF DIFFERENT FROM LINE 4 ABOVE (WILL NOT BE PRINTED ON TITLE)

**NEW LIENHOLDER**

11. NAME OF LIENHOLDER – FIRM OR INDIVIDUAL HOLDING SECURITY INTEREST (IF NO LIEN, WRITE "NONE") DO NOT ENTER NAME OF REGISTERED OWNER(S) ABOVE ELECTRONIC LIENHOLDER ID    ELT #

12. STREET ADDRESS OR P.O. BOX NUMBER    STATE    ZIP CODE

13. CITY

**TITLE REASSIGNMENTS BY LICENSED CALIFORNIA DEALERS**
...that you state the mileage upon transfer of ownership. Failure to complete or making a false statement may result
...ses my interest in this vehicle, acknowledges the odometer mileage recorded by the seller, and certifies to the odometer
...ly signature in compliance with Federal law.

....    (no tenths) miles, and to the best of my knowledge reflects the actual mileage of the vehicle unless
...ng statements is checked: **WARNING** - Mileage ☐ is not the actual mileage. ☐ exceeds the odometer mechanical limits.    R/S NUMBER
...der penalty of perjury under the laws of the State of California that the information entered on this
...tion is true and correct.

SIGNATURE OF AUTHORIZED AGENT    PRINTED NAME OF AGENT    DEALER NAME    DEALER NUMBER
X

**ONLY**

I certify (or declare)...
X
X



578 10112. 11
0013 F00 296
6TKV060 296

REPOR
DEPO
OF
P

DMV
A Public Service Agency

* INCOMPLETE APPLICATION**SEE ABOVE**THIS IS NOT A OPERATING PERMIT *

TYPE VEH: 120    TYPE USE   LICENSE NUMBER
DL       6TKV060

VLF CLASS    *YR    VEHICLE/VESSEL ID NUMBER
AD          2021    1N4AL21E59N40/0296

MAKE        YR MODEL    YR 1ST SOLD
NISS        2009        2010

BODY TYPE MODEL    MP    MO        CC/ALCO        DT FEE RECVD    PIC    TOTAL
SD                 G     CJ        33             10/11/21        0      4

TYPE VEHICLE/VESSEL USE    DATE ISSUED                           AMOUNT PAID
AUTOMOBILE                 10/11/21    RDF REASONS: 0            $   59.00

PAYNE JERAMEY TRAVIS
R /       DR CARRERON BLVD                    AMOUNT RECVD    60.00
/ AP       D1                   AMOUNT DUE     CASH :
O                                59.00         CHCK :
                                               CRDT :          1.00
INDIO                  92201
CA                               CASH BACK

                                               PR EXP DATE: 03/02/2022
L /
O

578 12 0005900 0013 CS 101121   6TKV060 296