# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | ED CR 22-54 PA | Date | May 24, 2022 |

Present: The Honorable  PERCY ANDERSON, UNITED STATES DISTRICT JUDGE

Interpreter  N/A

| Kamilla Sali-Suleyman (video) | Pat Cuneo (video) | Stephen T. Merrill, AUSA (video) |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Jeremy Travis Payne | | X | X | Luisa Tamez, DFPD | | X | X |

**Proceedings:**  STATUS CONFERENCE

Cause called; appearances made.  Before the Court is Defendant's Motion to Suppress Evidence, (Docket No. 22). Court hears oral argument. For the reasons stated on the record, the motion is denied. The Court sets a Status Conference for June 1, 2022, at 11:00 a.m.

IT IS SO ORDERED.

| | : | 33 |
|---|---|---|
| | Initials of Deputy Clerk | kss |

**cc:** USMO, PSA